Case No. 23-6995

# United States Court of Appeals for the Fourth Circuit

SHEBRI STACY DILLON,

*Petitioner–Appellant*,

*v.*

CHADWICK DOTSON, VDOC,

*Respondent–Appellee.*

On Appeal from the United States District Court
for the Western District of Virginia (Hon. James P. Jones)
No. 7:22-CV-00215-JPJ-MS

## MOTION TO AMEND AND RESET BRIEFING SCHEDULE

Joshua M. Wesneski
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7248

*Counsel for Petitioner-Appellant*

Petitioner-Appellant Shebri Stacy Dillon hereby requests that the Court suspend the current informal briefing schedule and set a full briefing schedule on all certified issues. Petitioner reached out to counsel for Respondent-Appellee Chadwick Doston two days prior to the filing of this motion to obtain their position, but did not receive a response.[1]

Petitioner respectfully requests that the Court suspend the current informal briefing schedule and enter a formal merits briefing schedule so that her counsel may present complete argument on the issues the Court has certified for appeal. Petitioner's *pro se* opening brief spent only a few pages addressing the issue on which this Court has already granted a certificate of appealability (the inconsistency between certain of petitioner's convictions). *See* Dkt. 12, at 7–8, 28–30, 35–36. Petitioner respectfully submits that the Court would benefit from full, counseled briefing on this issue, including on (1) the standard for establishing ineffective assistance of counsel, (2) the applicability of the concurrent sentence doctrine, and (3) the legal errors arising out of the incompatible convictions.

Full briefing would be consistent with local practice. Local Rule 22(a)(5) contemplates that upon appointment of counsel for a *pro se* appellant, counsel "shall have an opportunity to file a brief on the merits

---

[1] Petitioner is simultaneously moving to expand the certificate of appealability to include additional issues. Petitioner is filing these motions separately in accordance with Local Rule 27(c).

addressing all issues as to which the district court or this Court has granted a certificate, unless the Court directs otherwise." Likewise, Local Rule 34(b) provides that "[i]f the panel reviewing an informal brief submitted by an indigent pro se litigant determines that further briefing and possible oral argument would be of assistance, counsel will be appointed and directed to file additional formal briefs." Although counsel was not appointed in this case, the Court has already granted a certificate of appealability as to one issue, *see* Dkt. 15, which confirms that petitioner "has made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2). The same policy reasons that weigh in favor of giving appointed counsel an opportunity to file a full brief on the merits apply here as well.

If the Court grants petitioner's request for new briefing schedule, petitioner respectfully requests that the Court direct that the opening brief be due 60 days after entry of its order. This time period is necessary to give newly retained counsel an opportunity to review the full record and provide a comprehensive and helpful brief for the Court.

## CONCLUSION

This Court should grant petitioner's motion to amend and reset the briefing schedule as indicated above.

Respectfully submitted,

*/s/ Joshua M. Wesneski*

Joshua M. Wesneski
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7248
Joshua.Wesneski@weil.com

June 13, 2025

## CERTIFICATE OF COMPLIANCE

The undersigned counsel of record certifies that the Motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because, excluding the parts of the Brief exempted by Fed. R. App. P. 27(a)(2)(B), this document contains 443 words.

This document complies with the typeface requirements of Fed. R. App. P. 27(d) because this document has been prepared in a proportionally spaced typeface using Century Schoolbook font in 14 point size.

*/s/ Joshua M. Wesneski*

Joshua M. Wesneski
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7248
Joshua.Wesneski@weil.com

June 13, 2025