FILED: February 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6995
(7:22-cv-00215-JPJ-PMS)

_____

SHEBRI STACY DILLON

    Petitioner - Appellant

v.

JOSEPH WALTERS, VDOC

    Respondent - Appellee

---------------------------------

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; JUSTICE FORWARD VIRGINIA

    Amici Supporting Appellant

_____

O R D E R
_____

The court substitutes Joseph Walters for Chadwick Dotson as a party to this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk