FILED:  April 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-6995
(7:22-cv-00215-JPJ-PMS)

_____

SHEBRI STACY DILLON

        Petitioner - Appellant

v.

JOSEPH WALTERS, VDOC

        Respondent - Appellee

--------------------------------

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; JUSTICE
FORWARD VIRGINIA

        Amici Supporting Appellant

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on

appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk