# Weil, Gotshal & Manges LLP

2001 M Street, NW, Suite 600
Washington, DC 20036
Phone: +1 202 682 7000
Fax: +1 202 857 0940

VIA CM/ECF

**Joshua Wesneski**
(202) 682-7248
joshua.wesneski@weil.com

June 12, 2026

The Honorable Nwamaka Anowi
Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re: *Dillon v. Walters*, No. 23-6995

Ms. Anowi:

I am counsel for Petitioner-Appellant Shebri Stacy Dillon in the above-captioned habeas appeal, No. 23-6995.  This matter's briefing schedule has been suspended pending the outcome of a motion for nearly a year.  I write to respectfully request a status update and the Court's guidance.

As background, Ms. Dillon filed her notice of appeal on October 5, 2023, and filed her informal opening brief on December 4, 2023.  Dkt. 12.  On June 4, 2025, this Court granted a certificate of appealability on one issue.  Dkt. 16.  Ms. Dillon then moved on June 13, 2025 to expand the certificate of appealability to include two additional issues.  Dkt. 22.  The Court deferred consideration of Ms. Dillon's motion to expand the certificate of appealability pending the filing of the opening brief and suspended the deadline for filing Respondent-Appellee's response brief pending disposition of the motion.  Dkt. 36.  Ms. Dillon filed her opening brief on August 12, 2025.  Dkts. 39–40.  On October 29, 2025, Ms. Dillon filed an unopposed motion to reinstate the briefing schedule, requesting that the Court reestablish the merits briefing schedule.  Dkt. 53.

I write to respectfully request a status update on the reinstatement of the merits briefing schedule.  Ms. Dillon's appeal has now been pending for nearly three years, and her opening merits brief was filed ten months ago.  We are unsure whether or when merits briefing will resume.  We would appreciate any guidance from the Court on whether additional information or submissions would be helpful to facilitate the advancement of this appeal, or any other guidance on how best to proceed.

We thank the Court for its time and attention to this matter.

The Honorable Nwamaka Anowi
June 12, 2026
Page 2

**Weil, Gotshal & Manges LLP**

Sincerely,

*/s/ Joshua Wesneski*

Joshua Wesneski

*Counsel for Petitioner-Appellant Shebri Stacy Dillon*