# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

June 17, 2026

_____

NOTICE

_____

No. 23-6995,    Shebri Dillon v. Joseph Walters
                7:22-cv-00215-JPJ-PMS

TO: Counsel for appellant

In response to appellant's letter dated June 12, 2026, please be advised that the motion to reinstate briefing schedule upon a ruling on the motion to expand certificate of appealability remains pending with the Court.

 C. Halupa, Deputy Clerk
804-916-2702