FILED: July 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6995
(7:22-cv-00215-JPJ-PMS)

SHEBRI STACY DILLON,

Petitioner - Appellant,

v.

JOSEPH WALTERS, VDOC,

Respondent - Appellee,

--------------------------------

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS;
JUSTICE FORWARD VIRGINIA,

Amici Supporting Appellant.

O R D E R

Shebri Stacy Dillon appeals the district court's order denying relief on her 28 U.S.C. § 2254 petition. By prior order, the court granted a certificate of appealability on the issue of whether, in light of *Saponaro v. Commonwealth*, 655 S.E.2d 49 (Va. Ct. App. 2008), trial counsel rendered ineffective assistance by failing to move

to strike Dillon's credit card fraud charge. Dillon, through counsel, now moves for the court to expand the certificate of appealability.

Upon review, the court grants the motion in part and grants a certificate of appealability on the following issue:

> Whether the district court erred by rejecting, without an evidentiary hearing, Dillon's claim that trial counsel rendered ineffective assistance by misadvising her about her sentencing exposure.

The court otherwise denies the motion. The court grants Dillon's motion to reinstate the briefing schedule. The Clerk shall enter a separate briefing order directing the Respondent to file a response brief addressing the issues upon which the certificate has been granted and permitting Dillon to file a reply brief.

For the Court

/s/ Nwamaka Anowi, Clerk

2