**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

**SHEBRI STACY DILLON,**
***Petitioner,***

**v.** **No.: 23-6995**

**DIRECTOR,**
**DEPARTMENT OF CORRECTIONS,**
***Respondent.***

**MOTION FOR EXTENSION**

1. Shebri Dillon filed a habeas corpus petition in the district court pursuant to 28 U.S.C. § 2254. The court entered its final judgment order and memorandum opinion dismissing the petition on September 21, 2023. Dillon timely noted her appeal before October 3, 2023. This Court has granted a certificate of appealability to two claims raised by the petitioner. This Court entered the order to reinstate the briefing schedule on July 9, 2026. (ECF 60).

2. Dillon's brief and appendix were filed on August 13, 2025, and then this Court suspended the briefing schedule as it considered expanding the Certificate of Appealability.

2. Staring in the first week of July 2026, counsel has prepared and filed two responses to habeas matters filed in the district courts, both responses filed on August 7, 2026. Counsel also filed a response to a habeas matter in the Supreme Court of Virginia on August 10, 2026, and argued a case in the Court of Appeals of Virginia on August 5, 2026. Counsel also has a pre-planned family vacation running from August 14, through 21, 2026.

3. Counsel now seeks an extension of time to file the formal brief in this matter. Currently, the respondent's brief is due on September 8, 2026. Given the issues presented and the

lengthy pleadings up to this point, counsel seeks a period of 30 days to file the formal brief, until October 8, 2026. Should the brief be completed before then, counsel will file as soon as practical.

5. Counsel has reached out to petitioner's counsel and they graciously stated that they do not object to an extension of two weeks, however they would object to any extension beyond that, indicating counsel has had petitioner's opening brief for about a year and the Court gave an initial response time of 60 days. Respondent would note that the issues covered by the COA were not identified until July 9, 2026, and respondent was unusually busy throughout the entire month of July and first week of August.

Respectfully submitted,

/s/
Craig W. Stallard
Senior Assistant Attorney General

Craig W. Stallard
Senior Assistant Attorney General
Virginia State Bar No. 43227

Office of the Attorney General
202 North 9th Street
Richmond, VA 23219
Telephone: (804) 786-2071
Facsimile: (804) 371-0151
Email: oagcriminallitigation@oag.state.va.us
cstallard@oag.state.va.us

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2026, a copy of this Motion for an Extension was electronically filed with the Clerk of Court using the CM/ECF system, and was emailed to Joshua M. Wesneski, Esq., counsel for the appellant at joshua.wesneski@weil.com.

/s/

Craig W. Stallard
Senior Assistant Attorney General
Virginia State Bar No. 43227

Counsel for the Respondent,
Director, Department of Corrections

Office of the Attorney General
202 North Ninth Street
Richmond, VA 23219
Telephone: (804) 786-2071
Facsimile: (804) 786-4329
E-Mail: oagcriminallitigation@oag.state.va.us