FILED: August 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 23-6995
(7:22-cv-00215-JPJ-PMS)

---

SHEBRI STACY DILLON

Petitioner - Appellant

v.

JOSEPH WALTERS, VDOC

Respondent - Appellee

--------------------------------

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; JUSTICE FORWARD VIRGINIA

Amici Supporting Appellant

---

O R D E R

---

The court grants an extension of the briefing schedule as follows:

Response brief due: 10/08/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk