**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 9, 2026

---

DOCKET CORRECTION NOTICE

---

No. 23-6995, Shebri Dillon v. Joseph Walters
7:22-cv-00215-JPJ-PMS

TO: Shebri Stacy Dillon

FILING CORRECTION DUE: October 14, 2026

Please make the correction identified below and file a corrected document by the date indicated.

---

[✔] Motion should indicate service on petitioner. Please correct and refile.

K. Hancock, Deputy Clerk
804-916-2702