**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 21, 2026

---

DOCKET CORRECTION NOTICE

**SECOND NOTICE**

---

No. 23-6995, Shebri Dillon v. Joseph Walters
7:22-cv-00215-JPJ-PMS

TO: Shebri Stacy Dillon

Correction Due Upon Request But No Later Than: October 26, 2026

Please file the corrections identified below and file a corrected document by the date indicated.

[X] Your Motion to Withdraw Appearance should indicate service on petitioner. Please correct and refile.

C. Halupa, Deputy Clerk
804-916-2702