No. 23-6995

# United States Court of Appeals for the Fourth Circuit

SHEBRI STACY DILLON,
*Petitioner-Appellant*,
v.
CHADWICK DOTSON, VDOC,
*Respondent-Appellee*.

On Appeal from the
United States District Court for the Western District of Virginia,
No. 7:22-cv-00215-JPJ-PMS, Senior Judge James P. Jones

## CORRECTED MOTION TO WITHDRAW APPEARANCE

Joshua M. Wesneski
*Counsel of Record*
Adam W. Mitchell
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7248
joshua.wesneski@weil.com

*Counsel for Petitioner-Appellant*
*Shebri Stacy Dillon*

October 9, 2026

Pursuant to Local Rule 46(c), counsel for Petitioner-Appellant Shebri Stacy Dillon, Adam W. Mitchell, moves the Court for leave to withdraw his appearance as counsel on the ground that he will soon begin a six-month secondment. Ms. Dillon will continue to be represented by Joshua M. Wesneski, who has entered an appearance in this case.

For the foregoing reasons, undersigned counsel respectfully requests that the Court withdraw Mr. Mitchell's appearance as counsel for Petitioner-Appellant in this case.

Respectfully submitted,

*/s/ Adam W. Mitchell*

Joshua M. Wesneski
Adam W. Mitchell
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7000
adam.mitchell@weil.com

*Counsel for Petitioner-Appellant*
*Shebri Stacy Dillon*

October 9, 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that the motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because, excluding the parts of the motion exempted by Fed. R. App. P. 27(a)(2)(B), this document contains 77 words.

This document complies with the typeface requirements of Fed. R. App. P. 27(d) because this document has been prepared in a proportionally spaced typeface using Century Schoolbook font in 14 point size.

## CERTIFICATE OF SERVICE

I hereby certify that, on October 9, 2026, a copy of the foregoing motion to withdraw was served electronically on all counsel of record through the Court's CM/ECF system and served by first-class mail on Ms. Shebri Stacy Dillon at the following address:

Shebri Stacy Dillon
#1747708
VADOC CENTRALIZED MAIL DISTRIBUTION CENTER
3521 Woods Way
State Farm, VA 23160

*/s/ Adam W. Mitchell*

Joshua M. Wesneski
Adam W. Mitchell
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7000
adam.mitchell@weil.com

October 9, 2026