FILED: October 21, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 23-6995
(7:22-cv-00215-JPJ-PMS)

---

SHEBRI STACY DILLON

Petitioner - Appellant

v.

JOSEPH WALTERS, VDOC

Respondent - Appellee

--------------------------------

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; JUSTICE FORWARD VIRGINIA

Amici Supporting Appellant

---

O R D E R

---

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk