**IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| **SHEBRI STACY DILLON**<br><br>**Petitioner-Appellant,**<br>**v.**<br><br>**JOSEPH WALTERS,**<br><br>**Respondent-Appellee.** | **Appeal No. 23-6995** |

**<u>UNOPPOSED MOTION FOR EXTENSION OF FILING DEADLINE</u>**

Petitioner-Appellant Shebri Stacy Dillon files this Unopposed Motion for Extension of Filing Deadline, pursuant to Fed. R. App. P. 26(b) and Fourth Circuit Local Rule 31(c), with respect to her reply brief in the above-captioned matter, and in support thereof states as follows:

1. Dillon's reply brief is currently due to be filed on October 29, 2026, pursuant to the Court's August 17, 2026 Order, ECF No. 63.

2. This appeal arises from a voluminous habeas record, comprising over a thousand pages of state court testimony and exhibits.

3. Counsel for Dillon has several pressing professional obligations in the coming weeks, including an argument before the Supreme Court of the United States on November 9. Additionally, the principal associate working with counsel for Dillon recently departed the firm on a client

secondment.

4. In light of the breadth of the record and the complexity of the issues, in addition to counsel's professional obligations, a short extension of time is needed to complete the reply brief and provide effective assistance of counsel to Dillon on appeal.

5. The extension will not prejudice the Commonwealth, which had approximately one year following Dillon's opening brief to file its response (92 days after the Court's order reinstating the briefing schedule).

6. For the foregoing reasons, Dillon seeks a 14-day extension of time, until November 12, 2026, to file her reply brief.

7. Counsel for the Commonwealth does not oppose this request.

WHEREFORE, Dillon respectfully requests that the Court grant this motion and extend the deadline for the filing of the reply brief until November 12, 2026.

Dated: October 28, 2026

Respectfully submitted,

*/s/ Joshua M. Wesneski*

Joshua M. Wesneski
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
(202) 682-7248
joshua.wesneski@weil.com

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Federal Rule of Appellate Procedure 27(d), that the attached Unopposed Motion for Extension of Filing Deadline is proportionately spaced, has a typeface of 14 points or more, and contains 269 words.

*/s/ Joshua M. Wesneski*
Joshua M. Wesneski

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2026, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the Fourth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the appellate CM/ECF system.

*/s/ Joshua M. Wesneski*
Joshua M. Wesneski