FILED: October 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6995
(7:22-cv-00215-JPJ-PMS)

SHEBRI STACY DILLON

Petitioner - Appellant

v.

JOSEPH WALTERS, VDOC

Respondent - Appellee

-------------------------------

NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; JUSTICE FORWARD VIRGINIA

Amici Supporting Appellant

O R D E R

The court grants the motion to extend filing time and extends the time for filing the reply brief to 11/12/2026. Any further request for an extension of time in which to file the reply brief shall be disfavored.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk